# APPENDIX A

# REGISTER OF ACTION

## Case Number Result Page

**Bannock**

**1  Cases Found.**

**Yellowstone Poky, LLC vs. First Pocatello Associates, LP**

Case: **CV-2016-0002279-OC**  District  Filed: **06/28/2016**  Subtype: **Other Claims**  Judge: **Mitchell Brown**  Status: **Pending**

Defendants: **First Pocatello Associates, LP**
Plaintiffs: **Yellowstone Poky, LLC,**

Register of actions:

| Date | |
|---|---|
| 06/28/2016 | Place Location Of File Here!!!!!update Me |
| 06/28/2016 | New Case Filed-Other Claims |
| 06/28/2016 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Beard ST Clair Gaffney Receipt number: 0020657 Dated: 6/28/2016 Amount: $221.00 (Check) For: |
| 06/28/2016 | Plaintiff: Yellowstone Poky, LLC, Attorney Retained Jeffrey D. Brunson |
| 06/28/2016 | Complaint and Jury Demand-by Yellowstone Poky thru atty Jeffrey Brunson |
| 06/28/2016 | Notice of Lis Pendens |
| 06/28/2016 | Summons Issued |
| 07/12/2016 | Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Hawley Troxell Receipt number: 0022165 Dated: 7/12/2016 Amount: $21.00 (Credit card) |
| 07/12/2016 | Miscellaneous Payment: Technology Cost - CC Paid by: Hawley Troxell Receipt number: 0022165 Dated: 7/12/2016 Amount: $3.00 (Credit card) |

*Connection: Public*