# NOTICE OF LIS PENDENS

2016 JUN 28 PM 12:55
BY DEPUTY CLERK

Jeffrey D. Brunson, ISB No. 6996
John M. Avondet, ISB No. 7438
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: jeff@beardstclair.com
javondet@beardstclair.com

Attorneys for the Plaintiff

**DISTRICT COURT SIXTH JUDICIAL DISTRICT**
**BANNOCK COUNTY IDAHO**

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, LP,<br><br>Defendant. | Case No.: CV-2016- 2279-OC<br><br>NOTICE OF LIS PENDENS |

NOTICE IS HEREBY GIVEN pursuant to Idaho Code § 5-505 that Plaintiff, Yellowstone Poky, LLC, filed a complaint in the Sixth Judicial District of the State of Idaho, in and for the County of Bannock against the above-named Defendant, First Pocatello Associates, LP, on June 28, 2016. Plaintiff's Complaint seeks, *inter alia*, specific performance on a purchase and sales contract, injunctive relief related to lease agreements with third parties, equitable relief, and attorneys' fees and costs. Said action may affect Defendant's right, title, and interest with respect to the real property which may be commonly identified as 669 West Quinn, Pocatello, Bannock County, Idaho

83201 or 669 Quinn Road, Pocatello, Bannock County, Idaho, 83201 and legally described as Exhibit "A" attached hereto.

Dated: June 28, 2016

Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Defendant

STATE OF IDAHO )
) ss.
County of Bonneville )

On this 28 day of June, 2016, before me, a notary public in and for the State of Idaho, personally appeared John M. Avondet known or identified to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

JESSICA WILSON NOTARY PUBLIC STATE OF IDAHO

Notary Public for Idaho
Residing at Idaho Falls, ID
My Commission Expires 9-11-2020

4-3

EXHIBIT "A"

99018377

A parcel of land located in the E1/2 of Section 15, Township 6 South, Range 34 East, Boise Meridian, Bannock County, Idaho, a portion of the land described in instrument no. 724647 of the records of Bannock County, Idaho, being more particularly described as follows:

Commencing at the North one quarter corner of Section 15, Township 6 South, Range 34 East, Boise Meridian, said corner marked with an aluminum capped monument; thence North 89°28'06" East 65.30 feet to a point in the East right of way line of Pole Line Road; thence South 01°18'55" East along the East right of way line of Pole Line Road 25.0 feet;

thence continuing South 01°18'55" East 199.13 feet to an angle point; thence continuing along the East right of way line of Pole Line Road South 00°32'32" East 627.31 feet to the Southwest corner of the land described in instrument no. 732922 and depicted on the Record of Survey recorded as instrument no. 733159 of the records of Bannock County, Idaho, said corner marked by a 1/2-inch iron pin tagged LS-2652, the true point of beginning;

thence following the South and East boundaries of the said land described in instrument no. 732922 for the next five courses:

North 89°25'44" East 662.29 feet (recorded as North 89°28'06" East 662.24 feet) to a 1/2-inch iron pin tagged LS-2652; thence North 65°25'29" East 327.72 feet (recorded as North 65°25'05" East 327.76 feet) to a 1/2-inch iron pin tagged LS-2652; thence North 00°31'05" West 274.76 (recorded as North 00°32'32" West 274.85 feet) to a 1/2-inch iron pin tagged LS-2652;

thence South 89°24'46" West 64.24 feet (recorded as South 89°28'06" West 64.25 feet) to a 1/2-inch iron pin tagged LS-2652; thence North 00°33'46" West 417.75 feet (recorded as North 00°32'32" West 418.0 feet) to a point in the South right of way line of Infirmary Road (commonly referred to as Quinn Road), said point marked with a 1/2-inch iron pin tagged LS-2652;

thence North 89°28'06" East 354.97 feet along the South right of way line of Infirmary Road to an angle point, said point marked with a 5/8-inch iron pin tagged PE/LS-2652; thence continuing along the South right of way line of Infirmary Road North 87°45'06" East 470.47 feet (recorded as 470.62 feet) to the Northwest corner of the Armed Forces Reserve Training Area, said corner marked with a 1/2-inch iron pin tagged LS-977, a distance of 2.3 feet Easterly of a State of Idaho right of way monument identified as being 55 feet left of centerline station 93+60 of the Yellowstone Highway-Quinn Road Project;

thence South 00°02'34" East 324.22 feet (recorded as South 00°01'29" East 324.93 feet) to the Southwest corner of the said training area, said corner marked with a "PK" nail tagged LS-977; thence North 89°57'26" East 614.32 feet (recorded as North 89°58'00" East 614.59 feet) to a brass cap monument set in concrete, marking the Southeast corner of the said training area.

EXHIBIT
A

4-4

99018377

EXHIBIT "A"
(Continued)

thence South 08°46'34" East 1568.57 feet (recorded as South 08°45'29" East 1568.22 feet) along the Westerly right of way line of the Union Pacific Railroad to a point of curvature, said point marked with an untagged 1/2-inch iron pin, from which the center of the curve bears South 81°22'51" West;

thence continuing along the Westerly right of way line of the Union Pacific Railroad, following an 1860 foot radius nontangent curve, concave to the West, through a central angle of 21°34'18" for an arc distance of 700.28 feet (recorded as 700.4 feet) to a concrete monument marking the Northeast corner of N.O.P. Park (a City of Pocatello Park), from which the East one quarter corner of Section 15 bears South 86°53'02" East 109.83 feet;

thence South 89°20'26" West on a nontangent line 1771.96 feet (recorded as South 89°21'27" West 1771.60 feet) to the Northwest corner of N.O.P. Park, said corner marked with a 1/2-inch iron pin tagged LS-977; thence South 00°04'43" West along the West boundary of N.O.P. Park 1325.68 feet to a point on the centerline of Eldredge Road;

thence South 89°21'43" West along the centerline of Eldredge Road 739.45 feet to a point in the East right of way line of Pole Line Road; thence North 00°32'32" West 3067.61 feet to the point of beginning.

EXCEPTING THEREFROM: A parcel of land dedicated to the City of Pocatello for a municipal well, located within the bounds of the above described parcel and being more particularly described as follows:

Commencing at the North 1/16th corner on the East line of Section 15, Township 6 South, Range 34 East, Boise Meridian, Bannock County, Idaho; thence South 89°13' West along the North 1/16th line of the said Section a distance of 570.2 feet to the West side of Ducey Street; thence North along the West side of Ducey Street and extended 906.2 feet to the South side of Patterson Street extended;

thence West along the said South side of Patterson Street and extended 362.60 feet to the East side of Ruddock Street; thence South along the East side of Ruddock Street a distance of 155.0 feet; thence South 75°55' West 663.5 feet to a point on the North side of Duckett Street; thence North 129.5 feet to the point of beginning;

thence continuing North 79.5 feet; thence West 30.4 feet; thence South 57°52' West 79.3 feet; thence South 37.32 feet; thence East 97.55 feet to the point of beginning.