Jeffrey D. Brunson, ISB No. 6996
John M. Avondet, ISB No. 7438
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: jeff@beardstclair.com
       javondet@beardstclair.com

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company;<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Defendant. | Case No.: 4:16-cv-00316-BLW<br><br>PLAINTIFF'S CORPORATE DISCLOSURE |

The Plaintiff, Yellowstone Poky, LLC, pursuant to Federal Rule of Civil Procedure 7.1(a), hereby discloses that is does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

DATED: July 19, 2016

/s/ Jeffrey D. Brunson
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff

Plaintiff's Corporate Disclosure - 1

## CERTIFICATE OF MAILING OR HAND DELIVERY

I certify I am a licensed attorney in the state of Idaho, I have my office in Idaho Falls, Idaho, and on July 19, 2016, I served a true and correct copy of the *Plaintiff's Corporate Disclosure* upon the following by the method of delivery designated:

Howard D. Burnett                      ☑ CM/ECF
Hawley Troxell Ennis & Hawley
PO Box 100
Pocatello, ID 83204

John K. Olson                          ☑ CM/ECF
Hawley Troxell Ennis & Hawley
PO Box 1617
Boise, ID 83701-1617

U.S. District Court                    ☑ CM/ECF
801 E. Sherman
Pocatello, ID 83201


*/s/ Jeffrey D. Brunson*
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff