Jeffrey D. Brunson, ISB No. 6996
John M. Avondet, ISB No. 7438
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: jeff@beardstclair.com
       javondet@beardstclair.com

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company;<br><br>　　Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>　　Defendant. | Case No.: 4:16-cv-00316-BLW<br><br>DECLARATION OF ROGER FEATHERSTON |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>　　Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, and FEATHERSTON HOLDINGS, INC.,<br><br>　　Counterdefendants. | |

Roger Featherston hereby declares and affirms as follows:

Declaration of Roger Featherston - 1

1. I am over the age of eighteen (18) years of age and am competent to testify regarding the matters set forth herein.

2. I am the President and CEO of Featherston Holdings, Inc.

3. Attached as Exhibit A is a true and correct copy of the Certificate of Revivor for Featherston Holdings, Inc.

4. Attached as Exhibit B is a true and correct copy of the Certificate of Relief from Contract Voidability for Featherston Holdings, Inc.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 9, 2016

*[signature]*
Roger Featherston

Declaration of Roger Featherston - 2

## CERTIFICATE OF MAILING OR HAND DELIVERY

I certify I am a licensed attorney in the state of Idaho, I have my office in Idaho Falls, Idaho, and on November 9, 2016, I served a true and correct copy of the *Declaration of Roger Featherston* upon the following by the method of delivery designated:

| | |
|---|---|
| Howard D. Burnett<br>Hawley Troxell Ennis & Hawley<br>PO Box 100<br>Pocatello, ID 83204 | ☑ CM/ECF |
| John K. Olson<br>Hawley Troxell Ennis & Hawley<br>PO Box 1617<br>Boise, ID 83701-1617 | ☑ CM/ECF |
| U.S. District Court<br>801 E. Sherman<br>Pocatello, ID 83201 | ☑ CM/ECF |

/s/ Jeffrey D. Brunson
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff

Declaration of Roger Featherston - 3

208529 Nov. 9. 2016 12:01PM Case 4:16-cv-00316-BLW Document 40 Filed 11/09/16 Page 4 of 6 10:36:25 Nov. 9 11-2016 P. 5 5/7

NOV/07/2016/MON 12:15 PM                    FAX No.                          P. 002



**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

Notice Date: 11/07/2016

**EXHIBIT**

A

## CERTIFICATE OF REVIVOR

FEATHERSTON HOLDINGS, INC.
77 BELL CANYON RD
BELL CANYON, CA 91307-1104

Entity Name     : FEATHERSTON HOLDINGS, INC.
Entity Number   : 3292388/000
Effective Date  : 11/03/2016

We have relieved this business entity of suspension or forfeiture and the business entity is now in good standing with the Franchise Tax Board.

Business Entity and Field Collection Bureau

---

**ASSISTANCE**

Telephone assistance is available year round from 7 a.m. until 8 p.m. Monday through Friday. From January through June, assistance is also available from 8 a.m. until 5 p.m. on Saturdays. We may modify these hours without notice to meet operational needs.

From within the United States, call .................................... (800) 852-5711
From outside the United States, call (not toll-free) ................ (916) 845-6500

Website at: www.ftb.ca.gov

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268.

FTB 2557 BC ARCS (REV 10-2002)



**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**

Notice Date: 11/07/16



EXHIBIT
B

## CERTIFICATE OF RELIEF FROM CONTRACT VOIDABILITY

FEATHERSTON HOLDINGS, INC.
77 BELL CANYON RD
BELL CANYON, CA 91307-1104

Entity Name          : FEATHERSTON HOLDINGS, INC.

Entity Number        : 3292388/000

SOS Number           :

FEIN                 :

Relief Granted From  : 03/01/2013

Relief Granted To    : 11/02/2016

The corporation named above is hereby granted relief from contract voidability under section 23305.1 of the California Revenue and Taxation Code. All contracts entered into during the period for which relief is granted may be enforced in the same manner and to the same extent by all parties to any contracts and any third parties as if the contracts had not become voidable under section 23304.1 of the Revenue and Taxation Code.

### Recording Procedures

You may request the county recorder of any county in California to record the Certificate Of Relief From Contract Voidability, under Revenue and Taxation Code Section 23305.1 (d). If you wish to record the certificate, provide page 2 to the county recorder. Keep page 1 for your records. You may be required to pay a recording fee. Contact the county recorder for recording procedures and filing fees.

Accounts Receivable Management Division

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call TTY/TDD (800) 822-6268.

Website at: www.ftb.ca.gov

FTB 2519 BC ARCS (REV 09-2008) Page 1

PLEASE COMPLETE THIS INFORMATION

*Recording Requested by*

*And When Recorded Mail to*



### STATE OF CALIFORNIA
### FRANCHISE TAX BOARD

## CERTIFICATE OF RELIEF FROM CONTRACT VOIDABILITY

Entity Name         : FEATHERSTON HOLDINGS, INC.

Entity Number       : 3292388/000

SOS Number          :

FEIN                :

Relief Granted From : 03/01/2013

Relief Granted To   : 11/02/2016

The corporation named above is hereby granted relief from contract voidability under section 23305.1 of the California Revenue and Taxation Code. All contracts entered into during the period for which relief is granted may be enforced in the same manner and to the same extent by all parties to any contracts and any third parties as if the contracts had not become voidable under section 23304.1 of the Revenue and Taxation Code.

Date: 11/07/16                              FRANCHISE TAX BOARD
                                            of the State of California

                                            By: *[signature]*

                                            Authorized facsimile signature.

Accounts Receivable Management Division

FTB 2519 BC ARCS (REV 09-2008) Page 2