Howard D. Burnett, ISB No. 3377
HAWLEY TROXELL ENNIS & HAWLEY LLP
333 South Main Street
Post Office Box 100
Pocatello, ID 83204
Telephone:  208.233.0845
Facsimile:  208.233.1304
Email: hburnett@hawleytroxell.com

Steven F. Schossberger, ISB No. 5358
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5248
Email: sschossberger@hawleytroxell.com

Austin Strobel, ISB No. 9803
2010 Jennie Lee Drive
Idaho Falls, ID 83404
Telephone:  208.529.3005
Facsimile:  208.529.3065
Email: astrobel@hawleytroxell.com

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a [New Jersey] limited partnership,<br><br>    Defendant. | Case No. 4:16-CV-00316-BLW<br><br>NOTICE OF APPEARANCE |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Counterclaimant,<br><br>vs. | |

NOTICE OF APPEARANCE - 1

YELLOWSTONE POKY, LLC, and
FEATHERSTON HOLDINGS, INC.,

        Counterdefendants.

Notice is hereby given that Austin Strobel of Hawley Troxell Ennis & Hawley LLP, P.O. Box 1617, Boise, Idaho 83701, hereby enters his appearance as counsel for Defendant/Counterclaimant First Pocatello Associates, L.P. in the above-entitled action. Request is made that notices of all hearings, pleadings and other papers in this matter be given to the undersigned by mailing the same to the following:

    Austin Strobel
    2010 Jennie Lee Drive
    Idaho Falls, ID 83404
    astrobel@hawleytroxell.com

DATED THIS 15th day of November, 2016.

                        HAWLEY TROXELL ENNIS & HAWLEY LLP

                        By /s/ Austin Strobel
                           Howard D. Burnett, ISB No. 3377
                           Steven F. Schossberger, ISB No. 5358
                           Austin Strobel, ISB No. 9803
                           Attorneys for Defendant/Counterclaimant

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 15th day of November, 2016, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jeffrey D. Brunson<br>BEARD ST. CLAIR GAFFNEY PA | jeff@beardstclair.com |
| John M. Avondet<br>BEARD ST. CLAIR GAFFNEY PA | javondet@beardstclair.com |

      /s/ Austin Strobel
      Howard D. Burnett
      Steven F. Schossberger
      Austin Strobel