<u>MOTIONS, OBJECTIONS, ETC.</u>

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill　　　　　　　　　　Date: March 02, 2017
Case No. **CR16-316-E-BLW**　　　　　　 Deputy Clerk: Pamela Fulwyler
Place:　Pocatello, ID　　　　　　　　　　Reporter: Pamela Fulwyler
　　　　　　　　　　　　　　　　　　　　Time: 10:07 am - 11:12 am

**YELLOWSTONE POKY LLC v FIRST POCATELLO ASSOCIATES LP**

Counsel for Plaintiffs, Intervenor Plaintiff: Jeffrey Brunson / John Avondet:
Counsel for Defendants: Howard Burnett / Austin Strobel

.

**Hearing on:**

1) Motion to Dismiss for Failure to State a Claim filed by Defendant   (Docket #07)

2) Motion to Amend/Correct Notice of Removal, Complaint filed by Plaintiff   (Docket #24)

3) Motion for Joinder filed by Plaintiff  (Docket #25)

4) Motion to Intervene filed by Intervenor Plaintiff Roger Featherston (Docket #26)

5) Motion to Dismiss for Lack of Jurisdiction filed by Defendant (Docket #30)

Court heard oral arguments by counsel.
Matters are deemed UNDER ADVISEMENT and the Court will issue a Written Decision.