Jeffrey D. Brunson, ISB No. 6996
John M. Avondet, ISB No. 7438
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: jeff@beardstclair.com
       javondet@beardstclair.com

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company, and FEATHERSTON HOLDINGS, INC.;<br><br>    Plaintiffs,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Defendant.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, and FEATHERSTON HOLDINGS, INC.,<br><br>    Counterdefendants. | Case No.: 4:16-cv-00316-BLW<br><br>UNOPPOSED MOTION TO RESET DEADLINES IN THE CASE MANAGEMENT ORDER (Docket No. 22) |

Unopposed Motion to Reset Deadlines in the Case Management Order (Docket No. 22) - 1

The Plaintiffs, through counsel of record, Beard St. Clair Gaffney PA, respectfully move this Court for an order resetting the deadlines set forth in its Case Management Order (CMO) dated September 13, 2016 (Docket No. 22). Counsel for the Plaintiffs have spoken with counsel for the Defendant and has been authorized to represent to the Court that there is no opposition to this motion and request.

The basis for the motion is that the hearing dates on the pending motions were delayed on multiple occasions, culminating in the hearing on March 2, 2017. The deadlines set forth in paragraphs 2 and 3 of the CMO were delayed by the Court in December 2016. Given the dispositive nature of some of the pending motions, the parties have not exchanged initial disclosures or performed any discovery. The CMO (Docket No. 22) requires that the Plaintiff's disclose experts by April 1, 2017, and the Plaintiffs request, at a minimum, relief from that deadline due to the case's status.

In light of the fact that the dispositive motions were heard earlier this month, all other deadlines set forth in the CMO should also be delayed and then reset after the Court issues its decision on the pending motions.

DATED: March 31, 2017

_____
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiffs

Unopposed Motion to Reset Deadlines in the Case Management Order (Docket No. 22) -

## CERTIFICATE OF MAILING OR HAND DELIVERY

I certify I am a licensed attorney in the state of Idaho, I have my office in Idaho Falls, Idaho, and on March 31, 2017, I served a true and correct copy of the *Unopposed Motion to Reset Deadlines in the Case Management Order (Docket No. 22)* upon the following by the method of delivery designated:

| | |
|---|---|
| Howard D. Burnett<br>Hawley Troxell Ennis & Hawley<br>PO Box 100<br>Pocatello, ID 83204 | ☑ CM/ECF |
| John K. Olson<br>Hawley Troxell Ennis & Hawley<br>PO Box 1617<br>Boise, ID 83701-1617 | ☑ CM/ECF |
| U.S. District Court<br>801 E. Sherman<br>Pocatello, ID 83201 | ☑ CM/ECF |

*/s/ John M. Avondet*
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff