Howard D. Burnett, ISB No. 3377
HAWLEY TROXELL ENNIS & HAWLEY LLP
333 South Main Street
P.O. Box 100
Pocatello, ID 83204
Telephone:  208.233.0845
Facsimile:  208.233.1304
Email: hburnett@hawleytroxell.com

Justin Cranney, ISB No. 8061
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5248
Email:  jcranney@hawleytroxell.com

Austin Strobel, ISB No. 9803
HAWLEY TROXELL ENNIS & HAWLEY LLP
2010 Jennie Lee Drive
Idaho Falls, ID 83404
Telephone:  208.529.3005
Facsimile:   208.529.3065
Email:  astrobel@hawleytroxell.com

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>     Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a New Jersey limited partnership,<br><br>     Defendant. | Case No. 4:16-CV-00316-BLW<br><br>DEFENDANT'S MOTION TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(F) |

DEFENDANT'S MOTION TO STRIKE CERTAIN PORTIONS OF THE FIRST
AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(F) - 1

FIRST POCATELLO ASSOCIATES, L.P.,

    Counterclaimant,

vs.

YELLOWSTONE POKY, LLC, and FEATHERSTON HOLDINGS, INC.,

    Counterdefendants.

Defendant First Pocatello Associates, L.P. ("Defendant") hereby moves, pursuant to Fed. R. Civ. P. 12(f), to strike the purported designation of Featherston Holdings, Inc. as a named plaintiff in the case caption of the First Amended Complaint and Jury Demand [Dkt. 51], and further moves to strike all but the first sentence of Paragraph 30 of the First Amended Complaint and Jury Demand [Dkt. 51]. This motion is supported by the memorandum filed concurrently herewith and by the record before the Court.

DATED this 5th day of April, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: */s/ Howard D. Burnett*
    Howard D. Burnett, ISB No. 3377

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

DEFENDANT'S MOTION TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(F) - 2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of April 2017, I electronically filed the foregoing DEFENDANT'S MOTION TO STRIKE CERTAIN PORTIONS OF THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(F) with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jeffrey D. Brunson<br>BEARD ST. CLAIR GAFFNEY PA | jeff@beardstclair.com |
| John M. Avondet<br>BEARD ST. CLAIR GAFFNEY PA | javondet@beardstclair.com |

[Attorneys for Plaintiff/Counterdefendants]

                                              */s/ Howard D. Burnett*
                                              Howard D. Burnett