Howard D. Burnett, ISB No. 3377
HAWLEY TROXELL ENNIS & HAWLEY LLP
333 South Main Street
P.O. Box 100
Pocatello, ID 83204
Telephone: 208.233.0845
Facsimile: 208.233.1304
Email: hburnett@hawleytroxell.com

Justin Cranney, ISB No. 8061
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5248
Email: jcranney@hawleytroxell.com

Austin Strobel, ISB No. 9803
HAWLEY TROXELL ENNIS & HAWLEY LLP
2010 Jennie Lee Drive
Idaho Falls, ID 83404
Telephone: 208.529.3005
Facsimile: 208.529.3065
Email: astrobel@hawleytroxell.com

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a New Jersey limited partnership,<br><br>　　　　Defendant. | Case No. 4:16-CV-00316-BLW<br><br>DEFENDANT'S NOTICE OF RENEWAL OF ITS PENDING MOTIONS |

DEFENDANT'S NOTICE OF RENEWAL OF ITS PENDING MOTIONS - 1

48627.0003.8753669.4

FIRST POCATELLO ASSOCIATES, L.P.,

        Counterclaimant,

vs.

YELLOWSTONE POKY, LLC, and FEATHERSTON HOLDINGS, INC.,

        Counterdefendants.

Defendant First Pocatello Associates, L.P. ("Defendant") acknowledges Plaintiff's filing on March 22, 2017 of its First Amended Complaint and Jury Demand [Dkt. 51] in response to the Court's March 8, 2017 Memorandum Decision and Order [Dkt. 50].[1] In light of the filing of the First Amended Complaint and Jury Demand, and in further light of the Court's concluding statement in its March 8, 2017 Order that "[t]he Court RESERVES RULING on Defendant's Motion to Dismiss for Lack of Jurisdiction (Dkt. 30) and all other pending motions" [Dkt. 50 at 11], Defendant hereby gives notice, simply as a matter of procedural completeness, that Defendant respectfully renews the following already-pending motions previously filed by Defendant in this matter:

    (i)    Defendant's Partial Motion to Dismiss [for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6)] [Dkt. 7];

    (ii)    Defendant's Motion to Strike Affidavit of Counsel [Dkt. 16]; and,

    (iii)    Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. 30].

---

[1] Specific aspects of the First Amended Complaint [Dkt. 51] are addressed in Defendant's Motion to Strike Certain Portions of the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(f) [Dkt. 54] filed on April 5, 2017.

DEFENDANT'S NOTICE OF RENEWAL OF ITS PENDING MOTIONS - 2

Defendant further renews and respectfully reasserts the arguments made and briefing submitted in support of each of the three above-listed pending motions.[2]

DATED this 5th day of April, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: */s/ Howard D. Burnett*
Howard D. Burnett, ISB No. 3377

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

---

[2] These motions are directed to the original Complaint (Dkt. 1-2) and, as applicable, to the First Amended Complaint (Dkt. 51) filed against Defendant.  However, also pending in this Court is Defendant's counterclaim against Yellowstone Poky, LLC and Featherston Holdings, Inc. for declaratory relief and to quiet title (*see* Dkt. 11 at 12-21, and Dkt. 55 at 16-25).  From the outset of its initial filing on August 16, 2016, Defendant's counterclaim has had, and will continue to have, an independent jurisdictional basis in this Court regardless of the outcome of the Court's resolution of the currently-pending motions.

DEFENDANT'S NOTICE OF RENEWAL OF ITS PENDING MOTIONS - 3

48627.0003.8753669.4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2017, I electronically filed the foregoing DEFENDANT'S NOTICE OF RENEWAL OF ITS PENDING MOTIONS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jeffrey D. Brunson<br>BEARD ST. CLAIR GAFFNEY PA | jeff@beardstclair.com |
| John M. Avondet<br>BEARD ST. CLAIR GAFFNEY PA | javondet@beardstclair.com |

[Attorneys for Plaintiff/Counterdefendants]

                                         /s/ *Howard D. Burnett*
                                         Howard D. Burnett