# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

JUDGE: Hon. Dee Benson

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Ron Black
INTERPRETER: None

CASE NO. 4:16cv316 DB

Yellowstone Poky, LLC v First Pocatello Associates

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Jeffrey Brunson and John M Avondet
Dft     Howard D. Burnett, Justin Thomas Cranney and Austin Strobel

DATE: 1/26/2018

DOCKET ENTRY:

Cnsl present. After arguments were heard and discussion held on 79 Second Motion to Dismiss for Failure to State a Claim *and Second Motion to Strike Affidavit of Counsel*, 68 MOTION for Discovery *Motion For Order to Allow Expedited Discovery*, 67 MOTION for Preliminary Injunction.

Court ruled: 67 MOTION for Preliminary Injunction is DENIED, , 68 MOTION for Discovery *Motion For Order to Allow Expedited Discovery* is DENIED, 79 Second Motion to Dismiss for Failure to State a Claim *and Second Motion to Strike Affidavit of Counsel*, the Court takes the matter under advisement. Cnsl for the defendant to prepare the order.