UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a New Jersey limited partnership,<br><br>    Defendant. | Case No. 4:16-CV-00316-DVB<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION [DKT. 67] AND MOTION FOR ORDER TO ALLOW EXPEDITED DISCOVERY [DKT. 68]. |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, and FEATHERSTON HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>    Counterdefendants. | |

## INTRODUCTION

    This matter came before the Court at a hearing conducted on January 26, 2018 in the United States District Courthouse in Pocatello, Idaho. Among various motions pending before the Court at the January 26, 2018 hearing were: (i) Plaintiff's Motion for Preliminary Injunction [Dkt. 67]; and, (ii) Plaintiff's Motion for Order to Allow Expedited Discovery [Dkt. 68].

    The Court, having reviewed and considered the respective briefs, declarations and related documents of record submitted by the parties in connection with these two motions, and having heard and considered the respective oral arguments of counsel at the hearing, ruled from the

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION [DKT. 67] AND MOTION FOR ORDER TO ALLOW EXPEDITED DISCOVERY [DKT. 68] - 1

bench at the conclusion of the January 26, 2018 hearing that: (i) Plaintiff's Motion for Preliminary Injunction [Dkt. 67] would be denied on the grounds that Plaintiff failed to establish a likelihood of success on the merits, Plaintiff failed to establish a likelihood of irreparable harm in the absence of preliminary relief, and the balance of equities favors Defendant rather than Plaintiff; and (ii) Plaintiff's Motion for Order to Allow Expedited Discovery [Dkt. 68] would be denied on the grounds that the discovery requested by Plaintiff would not result in Plaintiff being able to establish irreparable harm in the absence of preliminary relief.

## ORDER

Therefore, memorializing the Court's rulings from the bench at the January 26, 2018 hearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Preliminary Injunction [Dkt. 67] is **DENIED**.

2. Plaintiff's Motion for Order to Allow Expedited Discovery [Dkt. 68] is **DENIED**.

DATED: January 30, 2018

_____
Dee V. Benson
Senior District Judge
United States District Court for the District of Utah
(sitting by special designation)

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION [DKT. 67] AND MOTION FOR ORDER TO ALLOW EXPEDITED DISCOVERY [DKT. 68] - 2

48627.0003.10578085.1