Jeffrey D. Brunson, ISB No. 6996
John M. Avondet, ISB No. 7438
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, Idaho 83404-7495
Telephone: (208) 523-5171
Facsimile:  (208) 529-9732
Email: jeff@beardstclair.com
       javondet@beardstclair.com

Blake Sime Atkin, ISB No. 6903
Atkin Law Offices, PC
7579 N. Westside Highway
Clifton Idaho, 83228
Telephone: (801)533-0300
Facsimile: (801)533-0380
Email: batkin@atkinlawoffices.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company;<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Defendant. | Case No.: 4:16-cv-00316-DCN<br><br>SUBSTITUTION OF COUNSEL |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, FEATHERSTON HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>    Counterdefendants. | |

All parties will please take notice that Blake Sime Atkin of of Atkin Law Offices, PC now substitutes in for Jeffrey D. Brunson and the firm Beard St. Clair Gaffney PA, as counsel of record for Plaintiff/Counterdefendants Yellowstone Poky, LLC, Featherston Holdings, Inc., and Roger Featherston in the above entitled matter.  Please serve all papers and pleadings on the office located at 7579 N Westside Highway Clifton, ID 83228.

DATED:  March, 7 2018.

*/s/ Jeffrey D. Brunson*_____
Jeffrey D. Brunson
Beard St. Clair Gaffney PA

DATED:  March 7, 2018.

____/s/ Blake S. Atkin_____
Blake Sime Atkin
Atkin Law Offices, PC

DATED: March 7, 2018

*/s/ Jeffrey D. Brunson*_____
Jeffrey D. Brunson
Of Beard St. Clair Gaffney PA

Substitution of Counsel  –   2

**CERTIFICATE OF MAILING OR HAND DELIVERY**

I certify I am a licensed attorney in the state of Idaho, I have my office in Idaho Falls, Idaho, and on March 7, 2018, I served a true and correct copy of the *Substitution of counsel* upon the following by the method of delivery designated:

| | |
|---|---|
| Howard D. Burnett<br>Hawley Troxell Ennis & Hawley<br>PO Box 100<br>Pocatello, ID 83204 | ☑ CM/ECF |
| John K. Olson<br>Hawley Troxell Ennis & Hawley<br>PO Box 1617<br>Boise, ID 83701-1617 | ☑ CM/ECF |
| U.S. District Court<br>801 E. Sherman<br>Pocatello, ID 83201 | ☑ CM/ECF |

*/s/ Jeffrey D. Brunson*_____
Jeffrey D. Brunson
John M. Avondet
Of Beard St. Clair Gaffney PA