Blake S. Atkin ISB# 6903
Atkin Law Offices, P.C.
7579 North Westside Highway
Clifton, Idaho 83228
Telephone: (801) 533-0300
Facsimile: (801) 533-0380
Email: blake@atkinlawoffices.net

*Attorney for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>       Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>       Defendants. | **MOTION TO COMPEL RETURN OF DOCUMENTS AND FOR ENTRY OF A PROTECTIVE ORDER**<br><br>Case No. 4:16-cv-00316-DCN |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>       Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, FEATHERSTONE HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>       Counterdefendants. | |

Pursuant to Rule 26(c), Federal Rules of Civil Procedure, Plaintiff moves the Court for entry of a protective order in this case. A proposed protective order is attached to the memo in support of the motion to compel hereto as Exhibit H.

Dated this 11th day of May, 2018.

        Atkin Law Offices, P.C.
        Blake S. Atkin

        _____
        Attorneys for the Plaintiff/Counterdefendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I served the foregoing MOTION TO COMPEL RETURN OF DOCUMENTS AND FOR ENTRY OF A PROTECTIVE ORDER on the following party via U.S. mail:

Howard D. Burnett
Hawley Troxell Ennis & Hawley
412 W. Center St., Suite 2000
P.O. Box 100
Pocatello, ID  83204
Email: hburnett@hawleytroxell.com
Phone:  (208) 233-0845
Fax:  (208) 233-1304

_/s/ Jennifer Mariscal_
Jennifer Mariscal