Howard D. Burnett, ISB No. 3377
HAWLEY TROXELL ENNIS & HAWLEY LLP
412 West Center Street, Suite 2000
P.O. Box 100
Pocatello, ID 83204
Telephone: 208.233.0845
Facsimile: 208.233.1304
Email: hburnett@hawleytroxell.com

Justin Cranney, ISB No. 8061
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5248
Email: jcranney@hawleytroxell.com

Austin Strobel, ISB No. 9803
HAWLEY TROXELL ENNIS & HAWLEY LLP
2010 Jennie Lee Drive
Idaho Falls, ID 83404
Telephone: 208.529.3005
Facsimile: 208.529.3065
Email: astrobel@hawleytroxell.com

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a New Jersey limited partnership,<br><br>　　　　　Defendant. | Case No. <u>4:16-CV-00316-DVB</u><br><br>DEFENDANT/COUNTERCLAIMANT'S MOTION FOR ORDER RE: COPYING AND DELIVERY OF BUILDING 3 DOCUMENTS |

DEFENDANT/COUNTERCLAIMANT'S MOTION FOR ORDER RE:
COPYING AND DELIVERY OF BUILDING 3 DOCUMENTS - 1

| |
|---|
| FIRST POCATELLO ASSOCIATES, L.P., <br><br> Counterclaimant, <br><br> vs. <br><br> YELLOWSTONE POKY, LLC, FEATHERSTON HOLDINGS, INC., and ROGER FEATHERSTON, <br><br> Counterdefendants. |

Defendant/Counterclaimant First Pocatello Associates, L.P. ("First Pocatello") respectfully moves, pursuant to the Court's inherent authority, for an order compelling the copying and delivery – in accordance with the terms and conditions of the April 9, 2018 logistical proposal letter set forth as Exhibit C to the accompanying Declaration of Howard D. Burnett – of the documents accumulated by Roger Featherston in Building 3 of First Pocatello's Gateway West Industrial Center.

This Motion is supported by the Memorandum and the Declaration of Howard D. Burnett filed concurrently herewith, and by the record before the Court.

DATED this 15th day of May, 2018.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: /s/ Howard D. Burnett
      Howard D. Burnett, ISB No. 3377

Attorneys for Defendant/Counterclaimant
First Pocatello Associates, L.P.

DEFENDANT/COUNTERCLAIMANT'S MOTION FOR ORDER RE:
COPYING AND DELIVERY OF BUILDING 3 DOCUMENTS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2018, I electronically filed the foregoing DEFENDANT/COUNTERCLAIMANT'S MOTION FOR ORDER RE: COPYING AND DELIVERY OF BUILDING 3 DOCUMENTS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Blake S. Atkin                        batkin@atkinlawoffices.net
ATKIN LAW OFFICES, PC

[Attorneys for Plaintiff/Counterdefendants]

                                           */s/ Howard D. Burnett*
                                           Howard D. Burnett