# Exhibit A

Blake S. Atkin ISB# 6903
Atkin Law Offices, P.C.
7579 North Westside Highway
Clifton, Idaho 83228
Telephone: (801) 533-0300
Facsimile: (801) 533-0380
Email: blake@atkinlawoffices.net

*Attorney for Plaintiff/Counterdefendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br>Defendants. | **DECLARATION OF PHILLIP SMITH**<br><br>Case No. 4:16-cv-00316-DCN |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, FEATHERSTONE HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>Counterdefendants. | |

1. I went to the Bannock County Assessor's office and inquired about parcel number RPCPP023305.

2. I was provided with the Parcel Master Inquiry report attached hereto as Exhibit A.

3. That document identifies deed number 99018377. I requested and received a copy of that deed. A certified copy of that deed is attached hereto as Exhibit B.

4. The Parcel Master Inquiry report also identifies ten tax parcel reports with their acreage adding up to a total of 138.52 acres I requested and received copies. Certified copies of those tax parcel reports are attached hereto as Exhibit C.

5. My inquiries took a total of 90 minutes and cost me $ 0 for the certified copies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this First day of June, 2018.

_____
Phillip Smith