# Exhibit A

```
IPM101 |              PARCEL MASTER INQUIRY              |[2018]|[INQUIRY ]|[06/01/18]
--------------* NARRATIVES *----------------------------------------------------------
Parcel No   [RPCPP023305 ]    Status [ ]           Legal Description
Owner Name  [FIRST POCATELLO ASSOCIATES    LP] [S15-T6S-R34E COUNT PROP IN POC]
Address 1   [% SWIFT FAMILY PARTNERSHIP      ] [TAX 422 13.98 A;TAX 526 50.96A]
Address 2   [120 FRANCIS                     ] [TAX 439 9.61 AC;TAX 440 4.03 A]
Address 3   [                                ] [TAX 447 5.30 A;TAX 448 25.05 A]
Address 4   [                                ] [TAX 449 9.865 A;TAX 450 9.865A]
City        [KEYPORT              ] St [NJ]   [TAX 414 0.92 AC;TAX 492 19.33A]
                              Zip [077351425] Comment
Property    House     Dr    Street            [GATEWAY WEST INDUSTRIAL CTR    ]
Address     [000669]  [W ]  [QUINN          ] [                               ]
Property    Type           [CI]  Deed Number  [99018377                       ]
Code Area              [000114]  Old Deed No  [893638                         ]
Bank Code              [    ]    Previous No  [RUCPP023302 ]
LL   [00]      SM  [00]          Next Parcel  [            ]     Homeowner's [ ]
                                 Last Signed  [
CB Code                [ ]                    Hardship Flag    [ ]
CB Amount              [       .00]           Hardship Pct     [   .00]
Urban Code [0701]  Base [   3349000]          Appr 10  Coml              Geo [ ]


22  INDUSTRIAL LOTS OR ACREAGES INSI   43  IMPROVEMENTS/INDUSTRIAL ON CATEG
```