Blake S. Atkin ISB# 6903
Atkin Law Offices, P.C.
7579 North Westside Highway
Clifton, Idaho 83228
Telephone: (801) 533-0300
Facsimile: (801) 533-0380
Email: blake@atkinlawoffices.net

*Attorney for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Defendants. | **MOTION TO AMEND COMPLAINT**<br><br>Case No. 4:16-cv-00316-DCN |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>    Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, FEATHERSTONE HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>    Counterdefendants. | |

Pursuant to Rule 15(a), Plaintiff moves the Court for leave to amend the complaint in this matter to add additional Defendants and to clarify remaining claims in light of the Court's recent rulings. This motion is supported by a memorandum filed in support hereof.

Dated this 1st day of June, 2018.

                                            Atkin Law Offices, P.C.
                                            Blake S. Atkin

                                            _____
                                            Attorneys for the Plaintiff/Counterdefendants

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2018, I served the foregoing MOTION TO AMEND COMPLAINT on the following party via electronic mail:

Howard D. Burnett
Hawley Troxell Ennis & Hawley
412 W. Center St., Suite 2000
P.O. Box 100
Pocatello, ID  83204
Email: hburnett@hawleytroxell.com
Phone:  (208) 233-0845
Fax:  (208) 233-1304

_Jennifer Mariscal_
Jennifer Mariscal