Blake S. Atkin ISB# 6903
Atkin Law Offices, P.C.
7579 North Westside Highway
Clifton, Idaho 83228
Telephone: (801) 533-0300
Facsimile: (801) 533-0380
Email: blake@atkinlawoffices.net

*Attorney for Plaintiff/Counterdefendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST POCATELLO ASSOCIATES, L.P.,<br><br>Defendants. | **MOTION FOR RECONSIDERATION OF THIS COURT'S FEBRUARY 27, 2018 MEMORANDUM DECISION AND ORDER**<br><br>Case No. 4:16-cv-00316-DCN |
| FIRST POCATELLO ASSOCIATES, L.P.,<br><br>Counterclaimant,<br><br>vs.<br><br>YELLOWSTONE POKY, LLC, FEATHERSTONE HOLDINGS, INC., and ROGER FEATHERSTON,<br><br>Counterdefendants. | |

Plaintiff, pursuant to Rule 54(b), Federal Rules of Civil Procedure, respectfully moves the Court to reconsider and modify its February 27, 2018 Memorandum Decision and Order on the ground of newly discovered evidence, discovered on October 30, 2018, just three days ago. This motion is supported by a memorandum filed in support hereof and the deposition of Earl T. Swift dated October 30, 2018.

Dated this 2nd day of November, 2018.

Atkin Law Offices, P.C.
Blake S. Atkin

_____
Attorneys for the Plaintiff/Counterdefendants

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I served the foregoing MOTION FOR RECONSIDERATION OF THIS COURT'S FEBRUARY 27, 2018 MEMORANDUM DECISION AND ORDER on the following party via e-mail:

Howard D. Burnett
Hawley Troxell Ennis & Hawley
412 W. Center St., Suite 2000
P.O. Box 100
Pocatello, ID  83204
Email: hburnett@hawleytroxell.com
Phone:  (208) 233-0845
Fax:  (208) 233-1304

_____
Jennifer Mariscal