# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

JUDGE: Hon. Dee Benson

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Ron Black
INTERPRETER: None

CASE NO.  4:16cv316 DB

Yellowstone Poky v First Pocatello

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Blake S. Atkin
Dft    Howard D. Burnett

DATE: 11/9/2018

MATTER SET: Motions Hearing

DOCKET ENTRY:

Cnsl present.  After arguments were heard and discussion held on various motions, Court ruled: Plaintiffs Motion to Compel Return of Documents and for Entry of Protective Order (Dkt. 99) is DENIED; Defendant's Motion for Order Re: Copying and Deliver of Building 3 Documents (Dkt. 100) is GRANTED; Defendant's Motion for Summary Judgment as to First and Third Counterclaims (Dkt. 101) is GRANTED; Plaintiffs Motion to Strike Defendant's Motion for Order Re: Copying and Delivery of Building 3 Documents (Dkt. 105) is DENIED; Plaintiffs Motion to Amend/Correct Complaint (Dkts. 102 & 107) is DENIED; and Plaintiffs Motion to Strike Declaration of Barbara Swift Wischerath (Dkt. 108) is MOOT.
Counsel for Defendant, Mr. Burnett, to prepare written order consistent with the court's oral ruling.