UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company and FEATHERSTON HOLDINGS, INC., | No. 19-35114 |
|        Plaintiffs - Appellants, | D.C. No. 4:16-cv-00316-DVB U.S. District Court for Idaho, Pocatello |
| ROGER FEATHERSTON, | |
|        Intervenor-Plaintiff - Appellant, | **MANDATE** |
|   v. | |
| FIRST POCATELLO ASSOCIATES, L.P., | |
|        Defendant - Appellee. | |

The judgment of this Court, entered March 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $91.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7